**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 15, 2022

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

                        Re:  Case No. 22-3952, *John Koe v. University Hospitals Health Systems, Inc., et al*
                                Originating Case No. 1:22-cv-01455

Dear Mr. Koe,

   This appeal has been docketed as case number **22-3952** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **November 29, 2022**.

                                  Appearance of Counsel
                Appellee:    Disclosure of Corporate Affiliation
                                  Application for Admission to 6th Circuit Bar (if applicable)

   The district court has denied or revoked your pauper status. You have until **December 15, 2022** to either pay the full $505.00 appeal filing fee to the U.S. District Court, or to file a motion in the Sixth Circuit Court of Appeals to waive the filing fee, with a financial affidavit and a copy of your prison trust account statement for the last six months (if applicable). **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

    The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                            Sincerely yours,

                                            s/Virginia Lee Padgett
                                            Case Manager
                                            Direct Dial No. 513-564-7032

cc:  Mr. David A. Campbell III
      Mr. Donald Gabriel Slezak

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 22-3952

JOHN KOE

    Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC.; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER

    Defendants - Appellees