UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

RECEIVED
12/16/2022
DEBORAH S. HUNT, Clerk

JOHN KOE

Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC.; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER

Defendants - Appellees

Case No: 22-3952

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

See attached.

Signed: *John Koe*  Date: December 14, 2022

Address: PO BOX 527

NOVELTY OH 44072-0527

United States Court of Appeals
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018
Page 1

Case: 22-3952    Document: 5    Filed: 12/16/2022    Page: 1