UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3952**

Case Title: **John Koe** vs. **University Hospitals Health System, Inc.**

List all clients you represent in this appeal:

**University Hospitals Health Systems, Inc.**
**University Hospitals Cleveland Medical Center**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent   ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David A. Campbell**    Signature: s/ **David A. Campbell**

Firm Name: **Lewis Brisbois Bisgaard & Smith LLP**

Business Address: **1375 E. 9th Street, Suite 2250**

City/State/Zip: **Cleveland, OH 44114**

Telephone Number (Area Code): **(216) 298-1261**

Email Address: **david.a.campbell@lewisbrisbois.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.