United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/19/2023.

**Case Name:** John Koe v. University Hospitals Health Systems, Inc., et al
**Case Number:** 22-3952

**Docket Text:**
ORDER filed: The court DENIES Koe's IFP motion [6916739-2]. Unless Koe pays the $505 filing fee to the district court within 30 days of the filing of this order, this appeal will be dismissed for want of prosecution. Stephanie Dawkins Davis, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

**A copy of this notice will be issued to:**

Mr. David A. Campbell III
Mr. Donald Gabriel Slezak