No. 22-3952

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 17, 2023
DEBORAH S. HUNT, Clerk

JOHN KOE, a pseudonym, )
 )
   Plaintiff-Appellant, )
 )
v. ) O R D E R
 )
UNIVERSITY HOSPITALS HEALTH SYSTEMS, )
INC., et al., )
 )
   Defendants-Appellees. )

Before: GUY, KETHLEDGE, and BUSH, Circuit Judges.

John Koe, an anonymous Ohio plaintiff, moves the court to reconsider our order of May 19, 2023, denying his motion to appeal in forma pauperis.

Upon consideration, we **DENY** the motion for reconsideration because Koe has not cited any misapprehension of law or fact that would alter our prior decision. *See* Fed. R. App. P. 40(a)(2).

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk