## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 18, 2023

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Re: Case No. 22-3952, *John Koe v. University Hospitals Health Systems, Inc., et al*
Originating Case No. : 1:22-cv-01455

Dear Mr. Koe:

The district court has denied, in whole or in part, your motion to proceed on appeal in forma pauperis and has directed you to pay the amount of **$505.00** for the appellate filing fee.

You are responsible for either paying **to the district court** that amount or filing **in this court** a renewed motion for pauper status and a financial affidavit. You have until **August 1, 2023** to do one or the other.

If you decide to move for pauper status, enclosed for your convenience are a blank motion and financial affidavit. These documents must be completed, signed, mailed to this court and served on the opposing counsel by the aforementioned deadline.

Please note that if you do nothing, the appeal will be dismissed for want of prosecution without further notice.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. David A. Campbell III
   Mr. Donald Gabriel Slezak

Enclosure