IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN KOE, a pseudonym, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | No. 22-3952 |
| ) | |
| UNIVERSITY HOSPITALS HEALTH ) | |
| SYSTEM INC., et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Plaintiff-Appellant John Koe ("Koe") respectfully requests a 44-day extension of time, to and including October 14, 2023, for the time for filing his opening brief. Koe has not previously sought an extension in this case.

This case involves Koe's appeal from the judgment of the district court dismissing his civil rights action under 28 U.S.C. § 1915(e) based on its conclusion that it lacked jurisdiction. This case also involves Koe's appeal from the district court's order prohibiting him from directly communicating with at least 25,000 individuals without an evidentiary hearing as (1) an improper prior restraint of First Amendment rights; and (2) erroneously issued when the Norris-LaGuardia

Act, 29 U.S.C. § 101 *et seq. deprives* court of jurisdiction to issue such orders in the context of labor disputes.

Pursuant to the Court's briefing letter of July 19, 2023, Koe's opening brief is currently due on August 31, 2023. Koe respectfully requests a 44-day extension of time, to and including October 14, 2023, in which to file his opening brief. The requested extension is necessary in light of other obligations and deadlines faced by Koe. Koe is self-represented, untrained and inexperienced in the law, and has responsibility for his brief in this case. Koe is involved in and responsible for the following concurrent ongoing administrative proceedings:

> Charges before the Ohio Civil Rights Commission
>
> A Federal Sector Hearing under 29 C.F.R. § 1614 before the EEOC
>
> Charges before the National Labor Relations Board Office of Appeals
>
> Charges before the National Labor Relations Board Region 8
>
> Scheduled Oral Argument before the Ohio Civil Rights Commission

Additionally, Koe is continuing to abide by his duty to continue to look for substantially similar employment as a resident physician. Residency positions are generally filled through a once per year process involving the Electronic Residency Application Service (ERAS) and the National Resident Matching Program (NRMP). The ERAS system opens on September 6, 2023 and the effective

deadline for a timely submission is no later than September 27, 2023. Koe has set aside time in August and September so that he can submit a timely ERAS application by this deadline. Furthermore, Koe has pre-arranged obligations with out-of-town family from August 16, 2023, through September 2, 2023.

## CONCLUSION

For the foregoing reasons, John Koe respectfully requests a 44-day extension, to and including October 14, 2022, for filing his opening brief.

Dated: August 11, 2023

                                              Respectfully submitted,

                                              */s/ John Koe*
                                              John Koe
                                              POBox527
                                              Novelty OH 44072-0527

                                              Tel: (330) 732-5001
                                              Email: john@johnkoe.org

                                              Plaintiff-Appellant, *pro se*

CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) in that this document contains 408 words; and This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Office in 14-point Times New Roman.

Dated: August 11, 2023

*John Koe*
John Koe

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2023, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mail box designated for *pro se* filers:

CA06_Pro_Se_Efiling@ca6.uscourts.gov

Service will be made on the following through the CM/ECF system as well as electronic mail:

David A. Campbell, III (OH Attorney# 66494)
Lewis Brisbois Bisgaard & Smith, LLP
David.A.Campbell@lewisbrisbois.com

Donald Slezak (OH Attorney# 92422)
Lewis Brisbois Bisgaard & Smith, LLP
Donald.Slezak@lewisbrisbois.com

*John Koe*
John Koe