**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 14, 2023

Mr. David A. Campbell III
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Mr. Donald Gabriel Slezak
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

Re: Case No. 22-3952, *John Koe v. University Hospitals Health Systems, Inc., et al*
Originating Case No. 1:22-cv-01455

Dear Mr. Koe and Counsel,

The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

| | |
|---|---|
| Appellant's Brief | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Mailed by **October 16, 2023** |
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **November 15, 2023** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **24** days after<br>the appellee's brief |

**Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

    Sincerely yours,

    s/Virginia Lee Padgett
    Case Manager
    Direct Dial No. 513-564-7032