RECEIVED
10/17/2023
DEBORAH S. HUNT, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JOHN KOE, a pseudonym,              )
                            )
     Plaintiff-Appellant,        )
                            )
v.                           )     No. 22-3952
                            )
UNIVERSITY HOSPITALS HEALTH     )
SYSTEM INC., et al.,             )
                            )
     Defendants-Appellees.     )

APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Plaintiff-Appellant John Koe ("Koe") respectfully requests a 1-day extension to file his opening brief through October 17, 2023.  Koe previously sought one extension in this case. Pursuant to the Court's revised briefing letter of August 14, 2023, Koe's opening brief was due on October 16, 2023. The requested extension is necessary due a connectivity failure that prevented Koe from submitting his brief on October 16, 2023 as planned. This motion and Koe's opening brief are being submitted to the Court contemporaneously before the Court opens on October 17, 2023.

CONCLUSION

For the foregoing reasons, Koe respectfully requests an extension of time

through October 17, 2023 for filing his opening pro se appellant brief.

Dated: October 17, 2023

Respectfully submitted,

John Koe
POBox527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff-Appellant, *pro se*

- 2-

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2023, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mail box designated for *pro se* filers:

CA06 Pro_ Se_ Efiling@ca6.uscourts.gov

Service will be made on the following through the CM/ECF system as well as electronic mail:

David A. Campbell, III (OH Attorney# 66494)
Lewis Brisbois Bisgaard & Smith, LLP
David.A.Campbell@lewisbrisbois.com

Donald Slezak (OH Attorney# 92422)
Lewis Brisbois Bisgaard & Smith, LLP
Donal.Slezak@lewisbrisbois.com

John Koe