**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 17, 2023

Mr. David A. Campbell III
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Mr. Donald Gabriel Slezak
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

        Re:  Case No. 22-3952, *John Koe v. University Hospitals Health Systems, Inc., et al*
               Originating Case No. 1:22-cv-01455

Dear Mr. Koe and Counsel,

   The appellant's motion to extend time to time to file brief is **GRANTED**. The brief is accepted as timely filed.

                            Sincerely yours,

                            s/Virginia Lee Padgett
                            Case Manager
                            Direct Dial No. 513-564-7032