# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 11, 2023


Mr. David A. Campbell III
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Mr. Donald Gabriel Slezak
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

Re:  Case No. 22-3952, *John Koe v. University Hospitals Health Systems, Inc., et al*
Originating Case No. 1:22-cv-01455

Dear Mr. Koe and Counsel,

The appellant's motion for an extension of time to file the reply brief has been
**GRANTED.**  The reply brief is now due **December 27, 2023**.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032