**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: December 28, 2023

Mr. David A. Campbell III
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Mr. Donald Gabriel Slezak
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street
Suite 2250
Cleveland, OH 44114

Re:  Case No. 22-3952, *John Koe v. University Hospitals Health Systems, Inc., et al*
Originating Case No. 1:22-cv-01455

Dear Mr. Koe and Counsel,

The appellant's motion for an extension of time to file the reply brief has been
GRANTED.  The reply brief is now due **January 11, 2024**.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032