**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 12, 2024

Mr. David A. Campbell III
Gordon Rees Scully Mansukhani
600 Superior Avenue, E.
Suite 1300
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Mr. Donald Gabriel Slezak
Gordon Rees Scully Mansukhani
600 Superior Avenue, E.
Suite 1300
Cleveland, OH 44114

Re:  Case No. 22-3952, *John Koe v. University Hospitals Health Systems, Inc., et al*
Originating Case No. 1:22-cv-01455

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been **GRANTED.** The reply brief is now due **January 16, 2024**.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032