IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN KOE, a pseudonym, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v.  ) | No. 22-3952 |
| ) | |
| UNIVERSITY HOSPITALS HEALTH ) | |
| SYSTEM INC., et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

RECEIVED
01/25/2024
KELLY L. STEPHENS, Clerk

MOTION TO FILE REPLY BRIEF OUT OF TIME

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Plaintiff-Appellant John Koe ("Koe") respectfully requests leave to file his Reply Brief out of time on January 25, 2024. Koe previously sought extensions of time for filing his Reply Brief due to disability-related limitations associated with an episode of central serous chorioretinopathy. Pursuant to the Court's latest ruling letter dated January 12, 2024, the Reply Brief was due on January 16, 2024. Koe was injured during the January 13–16, 2024 North American winter storm further impeding his efforts to finalize his Reply Brief. Koe's Reply Brief is finished and was submitted to the Court on

- 1-

January 25, 2024.

CONCLUSION

For the foregoing reasons, Koe respectfully requests leave to file his Reply Brief out of time.

Dated: January 25, 2024

Respectfully submitted,

/s/ John Koe

John Koe
POBox527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff-Appellant, *pro se*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2024, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mail box designated for *pro se* filers:

CA06 Pro_ Se_ Efiling@ca6.uscourts.gov

Service will be made on the following through the CM/ECF system and thus through electronic mail on:

David A. Campbell, III (OH Attorney# 66494)
Gordon Rees Scully Mansukhani
dcampbell@grsm.com

Donald Slezak (OH Attorney# 92422)
Gordon Rees Scully Mansukhani
dslezak@grsm.com

*John Koe*
John Koe