FILED
Mar 8, 2024
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-3952

JOHN KOE, a pseudonym,

    Plaintiff-Appellant,

v.

UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC., et al.,

    Defendants-Appellees.

Before: SUTTON, Chief Judge; NORRIS and SILER, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED. The case is REMANDED to the district court with instructions to vacate the protective order.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk