IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN KOE, a pseudonym, ) | |
| ) | |
|    Plaintiff-Appellant, ) | |
| ) | |
| v. ) | No. 22-3952 |
| ) | |
| UNIVERSITY HOSPITALS HEALTH ) | |
| SYSTEM INC., et al., ) | |
| ) | |
|    Defendants-Appellees. ) | |

MOTION TO FILE PETITION OVER TIME

Plaintiff-Appellant John Koe ("Koe") respectfully requests leave to file, over time, the attached amended version of his Petition for Rehearing En Banc and Panel Rehearing dated March 22, 2024 curing the defects in the inadvertent omissions of his signature and the panel decision.

Dated: March 23, 2024

Respectfully submitted,

*/s/ John Koe*
_____
John Koe
PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff-Appellant, *pro se*
